UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BARRY AND SHERYLE
BERNHARD

VERSUS

CAPITOL ONE BANK, LLC
AND WHITNEY NATIONAL BANK

CIVIL ACTION

NO. 05-1025-C

## JUDGMENT

Considering the mandate of the United States Court of Appeals, Fifth Circuit;

IT IS ORDERED ADJUDGED AND DECREED that this matter is hereby REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, Baton Rouge, Louisiana.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, May 20, 2008.

_____
RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA

19th JDC, certified copy